# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 10, 2022

Lyle W. Cayce
Clerk

No. 21-51178

NETCHOICE, L.L.C., *a 501(c)(6) District of Columbia organization doing business as* NETCHOICE; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, *a 501(c) (6) non-stock Virginia Corporation doing business as* CCIA,

> *Plaintiffs—Appellees*,

*versus*

KEN PAXTON, *in his official capacity as Attorney General of Texas*,

> *Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-840

Before SMITH, HIGGINSON, and WILLETT, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that Appellant's opposed motion to stay the preliminary injunction pending appeal is CARRIED WITH THE CASE. This matter is expedited to the next available randomly designated regular oral argument panel. No extensions to the current merits-briefing schedule should be granted. The merits panel, once identified, will be free, in its discretion, to rule immediately on the motion to stay or await oral argument.